The John G. Paton Co., Inc., Appellant, v. The American Exchange-Pacific National Bank, Respondent.— Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event, on the authority of *Paton Co., Inc., v. Guaranty Trust Co.* (227 App. Div. 545). Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. Dowling, P. J., McAvoy and Martin, JJ., concur; Finch and O'Malley, JJ., concur in result.

Giuseppe Perfone, as Administrator, etc., of Cisera Perrone, Deceased, Respondent, v. Third Avenue Railway Company, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Hyman J. Fliegel, as Trustee in Bankruptcy of the Estate of Sidney Newmark, Bankrupt, Respondent, v. Jacob Newmark, Appellant, and Equitable Life Assurance Society of the United States, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Israel Kanowitz and Harry Sands, Copartners, etc., Appellants, v. United States Fire Insurance Company of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiffs to serve an amended complaint within ten days from service of order, upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

Louis & Herrman, Inc., Appellant, v. Hyman Meyersohn, Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

H. J. Butler & Bro., Inc., Respondent, v. The City of New York, Appellant. — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.; Dowling, P. J., and Martin, J., dissent.

Arthur Hardoncourt, Appellant, v. Irene J. Hardoncourt (Also Known as Irene J. Roberts), Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

The People of the State of New York, Respondent, v. Joseph Schultz, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

Herman Lefkowitz, Respondent, v. Hobart Manufacturing Co., Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

Herman Lefkowitz, Respondent, v. Hobart Manufacturing Co., Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

Bernhard Moss and David W. Moss, Respondents, v. Charles Hamburger, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

Goldsmith Brothers Smelting and Refining Company, Respondent, v. Alfred P. Marion and Another, Defendants, Impleaded with Sidney T. Marion, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.